CRUMMEY *v.* SPELL.

FISH, C. J. The only assignment of error contained in the bill of exceptions is that the court erred in overruling the motion for a new trial. The grounds of the original motion for a new trial were that the verdict was contrary to law and the evidence, and without evidence to support it. The only ground of the amendment to the motion was that the verdict was contrary to a portion of the charge set out in the amendment, which ground, under many rulings of this court, amounted merely to the general ground that the verdict was contrary to law. The verdict was authorized by the evidence, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*
JULY 13, 1911.

Complaint. Before Judge Parker. Wayne superior court. March 12, 1910.

*James. W. Poppell* and *Wilson, Bennett & Lambdin,* for plaintiff in error. *James R. Thomas,* contra.